UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID FLOOD, :
    Plaintiff :
 :
    v. : CIVIL NO. 1:13-CV-2943
 :
FREEH, SPORKIN, & SULLIVAN, :
LLP., *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 24th day of June, 2014, upon consideration of the thorough and detailed Report and Recommendation filed by Chief Magistrate Judge Martin C. Carlson (Doc. 9), to which no objections have been filed, and upon an independent review of the record, it is Ordered that said Report is approved and accepted.

Pursuant to the recommendation of the Magistrate Judge, it is further Ordered that:

    i) This case is dismissed without prejudice in light of Plaintiff's failure to timely serve Defendants.

    ii) The Clerk of Court is directed to close this file.


                                                 /s/ William W. Caldwell
                                               William W. Caldwell
                                               United States District Judge